IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION NO. 05-0038 |
| v. : | |
| : | CIVIL ACTION NO. 13-4524 |
| VERNON DOUGLAS : | |

**O R D E R**

**AND NOW**, this  9th  day of December, 2014, upon consideration of Defendant Vernon Douglas's Motion for Discovery of the Identity and Other Information Pertaining to the Confidential Informant (ECF No. 154), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED.**

  IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J**.